UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

American Vehicular Sciences LLC,

          Plaintiff,        Case No. 16-cv-11532

v.                                Judith E. Levy
                                United States District Judge
Autoliv, Inc., et al.,

                                Mag. Judge Anthony P. Patti
          Defendants.

_____/

# ORDER ADOPTING REPORT AND RECOMMENDATION [61]

Before the Court is Magistrate Judge Patti's Report and Recommendation recommending the Court deny Defendants' motion for attorney fees and costs. (ECF No. 61.) The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 61) is ADOPTED; and

Defendants' Motion for attorney fees and costs (ECF No. 39) is DENIED.[1]

IT IS SO ORDERED.

Dated: September 27, 2019　　　　　s/Judith E. Levy
　　Ann Arbor, Michigan　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　United States District Judge

---

[1] By failing to object to the Report and Recommendation, the parties have waived any further right of appeal. *United States v. Archibald*, 589 F.3d 289, 295–96 (6th Cir. 2009).